**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| ANTHONY PACE )<br>　　　　Plaintiff, )<br>　　v. )<br> )<br>SYNCHRONY BANK )<br> )<br> )<br>　　　　Defendant. ) | Case No.: 4:24-cv-662-SEP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., Plaintiff Anthony Pace and Defendant Synchrony Bank, by and through their respective undersigned counsel hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant with each party to bear its own attorney's fees and costs.

Dated: July 30, 2024

| | |
|---|---|
| **HALVORSEN KLOTE** | **SYNCHRONY BANK** |
| By: /s/ Joel S. Halvorsen<br>Joel S. Halvorsen, #67032<br>680 Craig Road, Suite 104<br>St. Louis, MO  63141<br>P: (314) 451-1314<br>F: (314) 787-4323<br>joel@hklawstl.com<br>*Attorneys for Plaintiff* | By: /s/Zachary Stephen Merkle (with consent)<br>Zachary Stephen Merkle<br>SANDBERG PHOENIX PC - St. Louis<br>Synchrony Bank<br>701 Market Street<br>St. Louis, MO 63101<br>314-231-3332<br>Email: zmerkle@sandbergphoenix.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

## **CERTIFICATE OF SERVICE**

The undersigned signature below is certification that a true and correct copy of this document was sent via court's electronic filing system this 30 July 2024, to all counsel of record:

*/s/ Joel S. Halvorsen*
